UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN JOSEPH GODMAN
PLAINTIFF,

COUNTY COURT

CASE NO. 16-2010-CA-007272 XXXX-MA

VS.

SHANTELL D. AMAMS
AND
JACKSONVILLE SHERRIFS OFFICE
DEFENDANT'S

FILED
2010 SEP -2 P 3:27
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

NEW CASE No. 3:10-CV-796-J-99TTC-JBT

COMPLAINT

① TO BRING CIVIL ACTION AGAINTS DEFENDANTS FOR BREACH OF DUTY, MY BEING I-RATE AND PROVOKED, WAS A DIRECT FAULT OF EMPLOYEE'S ACTION.

② A DEFAMATION OF CHARACTER, BY DEFENDANTS TO POLICE BROUGHT ABOUT THE PROTESTING FOR MY RIGHTS TO EQUAL ACCESS AGAINTS THE SHERRIF'S ORDERS TO LEAVE OUT OF HER HOME, HE TOLD ME SHE WANTED ME OUT OF HER HOME? A SHANES TREATMENT FACILITY, I PLEAD FOR A CODE OF ETHICS FOR PUBLIC OFFICERS AND EMPLOYEES F.S. § 112.311 E.T SEQ;

RESPECTFULLY; John Joseph Godman

JOHN JOSEPH GODMAN
701 NORTH OCEAN STREET
JACKSONVILLE, FLORIDA
(904) 982-2166