**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOHN JOSEPH GODMAN,

            Plaintiff,

vs.                                        Case No. 3:10-cv-796-J-99TJC-MCR

SHANTELL D. AMANS, et al.,

            Defendants.

_____

## ORDER

This case came before the Court on Plaintiff's Complaint (Doc. 1), Affidavit of Indigency, construed as a Motion for Leave to Proceed in Forma Pauperis (Doc. 2), and Request for Motion for Certiorari (Doc. 8). Upon review of these filings, the assigned United States Magistrate Judge determined plaintiff's complaint failed to state a claim and directed plaintiff to amend his complaint to correct the deficiencies (Doc. 7). When plaintiff failed to respond by the deadline, the Magistrate Judge issued an Order to Show Cause, explaining that plaintiff's case might be dismissed if he did not respond (Doc. 9). Thereafter, plaintiff filed an amended complaint (Doc. 10). Upon review, however, the Magistrate Judge determined that plaintiff still had not stated a claim and the Judge issued a Report and Recommendation recommending that plaintiff's motion to proceed in forma pauperis be denied and his case be dismissed as legally frivolous, without prejudice to plaintiff filing a paid complaint (Doc. 11). Plaintiff filed an objection to the Report and Recommendation (Doc. 12). The objection, however, like plaintiff's complaint and amended complaint, is largely unintelligible and is, therefore, overruled.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 11), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 11) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED** pursuant to 28 U.S.C. § 1915.

3. This case is **dismissed without prejudice** pursuant to 28 U.S.C. § 1915; the Clerk shall term all pending motions and close the file now subject to reopening if plaintiff pays the filing fee by **December 6, 2010**.

**DONE AND ORDERED** at Jacksonville, Florida this 16 day of November, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff